

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00320-CV

REVENEW INTERNATIONAL, LLC, Appellant

V.

PSC INDUSTRIAL OUTSOURCING, LP, Appellee

Appeal from the 281st District Court of Harris County (Tr. Ct. No. 2013-59946)

After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, Revenew International, LLC. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered October 27, 2015.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.